

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

**FILED**

FEB – 8 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:23-CR-30 |
| | § | Judge Jordan |
| BALDOMERO GARCIA | § | |

## INDICTMENT

The United States Grand Jury Charges:

## INTRODUCTION

At all times material to this Indictment:

1.     18 U.S.C. § 922(a)(6) makes it a crime for anyone to make a false or fictitious oral or written statement to a licensed firearms dealer in order to acquire a firearm.  A statement is "false or fictitious" if it was untrue when made and was then known to be untrue by the person making it.  A false statement is "likely to deceive" if the nature of the statement, considering all of the surrounding circumstances at the time it is made, is such that a reasonable person of ordinary prudence would have been actively deceived or misled.

2.     Federal Firearms Licensees (FFL) are dealers of firearms who sell firearms as part of their livelihood. FFLs are required by federal law to maintain records relating to the sale of firearms to consumers. The principal purpose of requiring licensed firearms dealers to obtain such information from purchasers is to assist law enforcement activities. One of the records required to be kept by FFLs is the Bureau of Alcohol, Tobacco, Firearms

and Explosives Form 4473 (Form 4473). Mister Guns in Plano, Texas is a gun store that is owned and operated by a FFL.

3.    FFLs may not lawfully sell a firearm to the public without first having the prospective purchaser complete the Firearms Transaction Record (ATF Form 4473)—in which the purchaser answers questions about his or her eligibility to legally purchase or possess firearms under penalty of perjury—and facilitating a background check to verify the purchaser's eligibility.  On this same form, Question 11.a. requires the prospective purchaser to certify—under penalty of law—if he or she is "the actual transferee/buyer of the firearm(s) listed on this form," which is a fact material to the lawfulness of the firearm sale.  If a person purchases a firearm for someone else but claims that he or she is "the actual transferee/buyer of the listed firearm(s)," the firearm acquisition is called a straw purchase and this conduct is also commonly called lying-and-buying, which is a violation of 18 U.S.C. § 922(a)(6).

**<u>COUNT ONE</u>**

<u>Violation</u>: 18 U.S.C. §§ 371, 922(a)(6) (Conspiracy to Acquire a Firearm from a Licensed Dealer by False or Fictitious Statement)

From on or about September 21, 2022, and continuing until the date of the filing of this indictment, in the Eastern District of Texas and elsewhere, BALDOMERO GARCIA (hereinafter "GARCIA"), defendant, did knowingly and willfully combine, conspire and agree with other persons known and unknown to the United States Grand Jury (hereinafter

"coconspirators") to make false and fictitious written statements to a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, in connection with the acquisition of a firearm, which statement was intended and likely to deceive the said licensed dealer of firearms as to a fact material to the lawfulness of such sale of the said firearm, in violation of 18 U.S.C. § 922(a)(6).

## B. MANNER AND MEANS OF THE CONSPIRACY

Among the means that the defendants and co-conspirators carried out the object of the conspiracy were:

4.    The coconspirators formulated a plan to pay GARCIA to purchase a firearm on behalf of others ("straw purchase") from Mister Guns, a FFL located in the Eastern District of Texas;

5.    A coconspirator provided GARCIA with cash to purchase the firearm;

6.    GARCIA traveled from the Houston area to Mister Guns in Plano, Texas to purchase the firearm;

7.    GARCIA communicated with his coconspirator before, during and after the straw purchase via text message; and

8.    GARCIA, in completing the purchase of the firearm from Mister Guns, falsely stated on the ATF Form 4473 that he was the actual purchaser/transferee of the firearm, when in fact he was not.

## C. OVERT ACTS

In furtherance of the conspiracy and to affect the objects thereof, in the Eastern District of Texas and elsewhere, at least one of the conspirators committed and caused to be committed, at least one of the following overt acts:

9.      On or about September 27, 2022, GARCIA traveled from the Houston, Texas area to Mister Guns in Plano, Texas, Eastern District of Texas, and purchased a FN, Model 249S, 5.56 caliber belt-fed rifle bearing serial number M249SA05855 with approximately $10,000.00 in cash. Although this firearm was purchased on behalf of another, and with intent to transfer the firearm to another, GARCIA falsely stated on the 4473 that he was the actual purchaser/transferee of the firearm.

## COUNT TWO

> Violation:  18 U.S.C. § 922(a)(6)
> (Acquire a Firearm from a Licensed
> Dealer by False or Fictitious Statement)

On or about September 27, 2022, in the Eastern District of Texas, BALDOMERO GARCIA, defendant, in connection with the acquisition of a firearm, to wit: a FN, Model 249S, 5.56 caliber belt-fed rifle bearing serial number M249SA05855, from Mister Guns, a licensed dealer within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement that was intended and likely to deceive Mister Guns as to a fact material to the lawfulness of such sale of the said firearm to the defendant.

In violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).

## NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

Criminal Forfeiture Pursuant to 18 U.S.C. § 924(d)

As a result of committing the felony offenses alleged in this Indictment, defendant, BALDOMERO GARCIA, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d), all firearms and ammunition involved in the offense, including:

    a. FN, Model 249S, 5.56 caliber belt-fed rifle bearing serial number M249SA05855.

A TRUE BILL

_____
GRAND JURY FOREPERSON

BRIT FEATHERSTON
UNITED STATES ATTORNEY

_____
MATTHEW T. JOHNSON
Assistant United States Attorney

Date: ___2/8/23___

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:23-CR- 30 |
| | § | Judge Jordan |
| BALDOMERO GARCIA | § | |

## NOTICE OF PENALTY

### Count One

Violation:     18 U.S.C. §§ 371, 922(a)(6)

Penalty:       Imprisonment of not more than 5 years, a fine not to exceed $250,000, or both; a term of supervised release of not more than three years.

Special Assessment: $ 100.00

### Count Two

Violation:     18 U.S.C. § 922(a)(6)

Penalty:       Imprisonment of not more than ten (10) years, a fine not to exceed $250,000, or both. A term of supervised release of not more than three (3) years.

Special Assessment: $100.00